**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 07-01476-CJC(CTx)                               Date: September 11, 2008

Title: <u>JANICE J. ABAT et al. v. JP MORGAN CHASE & CO. et al.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Michelle Urie</u>                                                 <u>     N/A     </u>
Deputy Clerk                                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                     None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS**  [filed 7/18/08].

  Having read and considered the papers presented by the parties, the Court finds these matters appropriate for disposition without hearings.  *See* FED. R. CIV. P. 78; LOCAL RULE 7-15.  Accordingly, the hearings set for September 15, 2008 at 1:30 p.m. are hereby vacated and off calendar.

  Defendants' motions to dismiss are DENIED for substantially the same reasons as stated by Plaintiffs in their oppositions to the motions.  The allegations of the Amended Complaint are sufficient to withstand a motion to dismiss and are more appropriately tested by summary judgment or trial.

/cjc

MINUTES FORM 11
CIVIL-GEN                                                                 Initials of Deputy Clerk <u> MU </u>