STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland (State Bar No. 083013)
Stephen J. Newman (State Bar No. 181570)
Lucas A. Messenger (State Bar No. 217645)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
  CHASE BANK USA, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,<br><br>Defendants. | **Case No. SACV07-1476-CJC (ANx)**<br><br>The Honorable Cormac J. Carney<br><br>**STIPULATION REGARDING SUBMISSION OF AMENDED CLASS NOTICES FOR HEARING ON MOTION FOR PRELIMINARY APPROVAL OF PARTIAL SETTLEMENT**<br><br>Action Filed:  December 28, 2007<br><br>**Hearing Date:  November 8, 2010** |

LA 51319840

1  WHEREAS, on October 1, 2010, plaintiffs Janice J. Abat, Ildiko Nylen,
2  Jeanne Rossean, Linda Shakespeare, and Shannon Carreiro (collectively,
3  "Plaintiffs") filed a Motion For Preliminary Approval Of Partial Settlement Of Class
4  Claims With The MMI Defendants to obtain Court approval of a settlement with
5  defendants Money Management International, Inc. and Money Management By
6  Mail, Inc. ("MMI," and together with Plaintiffs, the "Settling Parties") (Docket No.
7  275);
8  WHEREAS, defendant Chase Bank USA, N.A. ("Chase") met and conferred
9  with the Settling Parties concerning how Chase and the claims against it were
10 described in the draft notices (the "Notices") submitted to the Court for preliminary
11 approval (Docket No. 275-3);
12 WHEREAS, the Settling Parties agreed to revise the Notices, and the revised
13 Notices are attached hereto as Exhibits A, B and C;
14 WHEREAS, Chase does not object to Exhibits A, B and C hereto;
15 WHEREAS, the Settling Parties request that the Court approve notice to the
16 MMI Settlement Class as set forth in Exhibits A, B and C hereto, and they withdraw
17 the Notices previously submitted with the motion for preliminary approval.
18 IT IS HEREBY STIPULATED, by and between the Parties, through their
19 respective counsel of record, that the proposed Notices originally submitted with the
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

```
 1  Motion for Preliminary Approval (Docket No. 275-3), are withdrawn and replaced
 2  with Exhibits A, B and C hereto.
 3          IT IS SO STIPULATED.
 4  Dated:  November 3, 2010              STROOCK & STROOCK & LAVAN LLP
 5
 6                                         By: /s/ Stephen J. Newman
                                               JULIA B. STRICKLAND
 7                                             STEPHEN J. NEWMAN
                                               LUCAS A. MESSENGER
 8                                             2029 Century Park East
 9                                             Los Angeles, CA 90067-3086
                                               Tel: (310) 556-5800
10                                             Fax: (310) 556-5959
11
12                                             Attorneys for Defendant
                                               CHASE BANK USA, N.A.
13
14
    Dated:  November 3, 2010              GARRETT M. SMITH, PLLC
15
16
                                          By: /s/ Garrett M. Smith
17                                             GARRETT M. SMITH
                                               (Admitted Pro Hac Vice)
18                                             100 Court Square, Suite A
                                               P.O. Box 1741
19                                             Charlottesville, VA 22902
                                               Tel: (434) 293-4444
20                                             Fax: (434) 293-7914
21                                             Attorneys for Plaintiffs
22  Dated:  November 3, 2010              VENABLE, LLP
23
24
                                          By: /s/ Douglas Emhoff
25                                             DOUGLAS EMHOFF
                                               2049 Century Park East
26                                             Los Angeles, CA 90067
                                               Tel: (310) 229-9900
27                                             Fax: (310) 229-9901
28                                             Attorneys for Defendant Money
                                               Management International, Inc.
```

- 2 -

LA 51319840

# **PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

    I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action.  My business address is: 2029 Century Park East, Los Angeles, CA  90067-3086.

    On November 3, 2010, I served the foregoing document(s) described as **STIPULATION REGARDING SUBMISSION OF AMENDED CLASS NOTICES FOR HEARING ON MOTION FOR PRELIMINARY APPROVAL OF PARTIAL SETTLEMENT** on the interested parties in this action as follows:

See Attached Service List

☐ **(VIA PERSONAL SERVICE** By causing the document(s), in a sealed envelope, to be delivered to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

    I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

    Executed on November 3, 2010, at Los Angeles, California.

| Regina Harcourt | /s/ Regina Harcourt |
|---|---|
| [Type or Print Name] | [Signature] |

LA 51319840

## SERVICE LIST

**Gary W. Kendall**
Michie Hamlett Lowry Rasmussen & Tweel
500 Court Sq., Ste. 300
P.O. Box 298
Charlottesville, VA 22902-0298

**Michie Lowry**
500 Court Square
Suite 300
Charlottesville, VA 22902

LA 51319840