DOUGLAS C. EMHOFF (SBN 151049)
demhoff@venable.com
JENNIFER LEVIN (SBN 252420)
jlevin@venable.com
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

LAWRENCE H. COOKE (*Admitted Pro Hac Vice*)
lhcooke@venable.com
EDWARD P. BOYLE (*Admitted Pro Hac Vice*)
epboyle@venable.com
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th floor
New York, New York 10020
Telephone:  (212) 307-5500
Facsimile:   (212) 307-5598

Attorneys for Defendant
Money Management International, Inc.
formerly known as Money Management
By Mail, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,<br><br>Defendants. | CASE NO.  8:07-cv-1476-CJC (ANx)<br><br>*Assigned to the Hon. Cormac J. Carney*<br><br>**DEFENDANT MONEY MANAGEMENT INTERNATIONAL, INC.'S NOTICE OF JOINDER AND JOINDER IN PLAINTIFF'S NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PARTIAL SETTLEMENT OF CLASS CLAIMS WITH THE MMI DEFENDANTS, CONDITIONAL CLASS CERTIFICATION FOR PARTIAL SETTLEMENT AND APPROVAL OF CLASS NOTICE**<br><br>Date:  November 8, 2010<br>Time:  1:30 p.m. |

1

JOINDER (8:07-CV-1476-CJC)

LA: 287604/53068-254998

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Defendant Money Management International, Inc., formerly known as Money Management By Mail, Inc. ("MMI") will, and hereby does, join in the request for relief made in Plaintiffs' Notice Of Motion And Memorandum Of Points And Authorities In Support Of Motion For Preliminary Approval Of Partial Settlement Of Class Claims With The MMI Defendants, Conditional Class Certification For Partial Settlement, And Approval Of Class Notice, filed October 1, 2010 (Dkt. No. 275), as amended by the Stipulation Regarding Submission Of Amended Class Notices For Hearing On Motion For Preliminary Approval Of Partial Settlement, filed on November 3, 2010 (Dkt. No. 280) ("Stipulation") (collectively the "Motion"). Plaintiffs' Motion is set for hearing on November 8, 2010 at 1:30 p.m. before the Honorable Cormac J. Carney in Department 9B of the above entitled court, located at 411 West Fourth Street, Santa Ana, California. Accordingly, MMI respectfully requests that this Court grant the relief sought in Plaintiffs' Motion.

Additionally, MMI will, and hereby does, respectfully request that the Court enter the [Proposed] Order Granting Motion For Preliminary Approval Of Partial Settlement Of Class Claims With The MMI Defendants, Conditional Class Certification For Partial Settlement, And Approval Of Class Notice, filed by Plaintiffs on October 1, 2010 (Dkt. No. 275-6), as amended by the Stipulation.

Dated: November 3, 2010

VENABLE LLP
DOUGLAS C. EMHOFF
LAWRENCE H. COOKE
EDWARD P. BOYLE
JENNIFER LEVIN

By: /s/ Jennifer Levin
    JENNIFER LEVIN
    Counsel for Defendant
    Money Management International, Inc.
    formerly known as Money
    Management By Mail, Inc.

LA: 287604/53068-254998