VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,<br><br>Defendants. | CASE NO.  8:07-cv-1476-CJC (ANx)<br><br>*Assigned to the Hon. Cormac J. Carney*<br><br>**ORDER GRANTING STIPULATION TO CORRECT INACCURACIES IN PARTIAL SETTLEMENT NOTICES** |

The Court having considered the Stipulation To Correct Inaccuracies In Partial Settlement Notices between plaintiffs Janice J. Abat, Ildiko Nylen, Jeanne Rossean, Linda Shakespeare, and Shannon Carreiro, defendant Money Management International, Inc., formerly known as Money Management By Mail, Inc. and defendant Chase Bank USA, N.A., hereby GRANTS the stipulation to modify the inaccuracies. The notices submitted with the Motion For Preliminary Approval (Docket No. 275-3), are withdrawn and replaced with Exhibits C and D hereto.

**IT IS SO ORDERED**

Dated: December 15, 2010     _____
                                              Hon. Cormac J. Carney
                                              United State District Court Judge
                                              Central District of California

ORDER (8:07-CV-1476-CJC)

LA: 290990/53068-254998