VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,<br><br>Defendants. | CASE NO. 8:07-cv-1476-CJC (ANx)<br><br>*Assigned to the Hon. Cormac J. Carney*<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO POST SPANISH TRANSLATIONS OF PARTIAL SETTLEMENT NOTICES AND EXCLUSION FORM ON WEBSITE** |

The Court having considered the Stipulated Request To Post Spanish Translations Of Partial Settlement Notices And Exclusion Form On Website between plaintiffs Janice J. Abat, Ildiko Nylen, Jeanne Rossean, Linda Shakespeare, Shannon Carreiro, and Erica Hall, and defendant Money Management International, Inc., formerly known as Money Management By Mail, Inc., hereby APPROVES the Stipulation and so ORDERS the Request. The Spanish translations attached as Exhibit A to Ms. Ruiz's declaration shall be posted on the www.abatclass.com website before February 17, 2011.

**IT IS SO ORDERED**

Dated January 27, 2011  _____
Hon. Cormac J. Carney
United State District Court Judge
Central District of California

ORDER (8:07-CV-1476-CJC)

LA: 294764/53068-254998