DOUGLAS C. EMHOFF (SBN 151049)
demhoff@venable.com
JENNIFER LEVIN (SBN 252420)
jlevin@venable.com
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

LAWRENCE H. COOKE (*Admitted Pro Hac Vice*)
lhcooke@venable.com
EDWARD P. BOYLE (*Admitted Pro Hac Vice*)
epboyle@venable.com
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598

Attorneys for Defendant
Money Management International, Inc.
formerly known as Money Management
By Mail, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,<br><br>Defendants. | CASE NO. 8:07-cv-1476-CJC (ANx)<br><br>*Assigned to the Hon. Cormac J. Carney*<br><br>**STIPULATED REQUEST TO RESEND PARTIAL SETTLEMENT NOTIFICATIONS TO DECEDENTS' LAST KNOWN ADDRESSES ON OR BEFORE FEBRUARY 3, 2011** |

1

LA: 294759/53068-254998

1  WHEREAS, on October 1, 2010, plaintiffs Janice J. Abat, Ildiko Nylen, Jeanne Rossean, Linda Shakespeare, Shannon Carreiro and Erica Hall (collectively, "Plaintiffs") filed a Notice of Motion And Memorandum Of Points And Authorities In Support Of Motion For Preliminary Approval Of Partial Settlement Of Class Claims With The MMI Defendants, Conditional Class Certification For Partial Settlement, And Approval Of Class Notice to obtain Court approval of a settlement with defendant Money Management International, Inc., formerly known as Money Management By Mail, Inc. ("MMI," and together with Plaintiffs, the "Settling Parties") (the "Motion For Preliminary Approval") (Docket No. 275);

WHEREAS, as part of MMI's standard operating procedures, when it learns that a customer is deceased, MMI's software system changes the decedent's last known address to MMI's Customer Care Center address at 501 Centerville Road, 2nd Floor, Warwick, Rhode Island, 02886, (the "MMI Customer Care Center Address") to ensure that MMI does not continue to send mail to the decedent's last known address;

WHEREAS, the Claims Administrator was charged with, among other things, sending out partial settlement notices to Class Members who were former MMI customers (the "Partial Settlement Notices");

WHEREAS, MMI recently learned that, when providing the Claims Administrator with the last known addresses of Class Members who were former customers, MMI mistakenly provided MMI's Customer Care Center Address for approximately sixty (60) of its deceased customers (the "Affected Decedents");

WHEREAS, the deadline for the Claims Administrator to send notices to former customers' last know addresses was January 3, 2011;

WHEREAS, when sending out the notices, the Claims Administrator used MMI's Customer Care Center Address, received from MMI, for the Affected Decedents;

WHEREAS, the procedure for handling undeliverable mail is set forth in the Joint Stipulation of Partial Class Action Settlement And Release in Section H (6) and requires that all undeliverable mail be resent by February 3, 2011;

WHEREAS, the Settling Parties met and conferred and agreed to treat MMI's Customer Care Center Address as an "undeliverable" address and to send Partial Settlement Notices to the Affected Decedents' last known addresses by February 3, 2011;

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record, that the Claims Administrator is permitted to send out Partial Settlement Notices to the Affected Decedents' last know addresses on or before February 3, 2011.

Dated: January 31, 2011

VENABLE LLP
DOUGLAS C. EMHOFF
LAWRENCE H. COOKE
EDWARD P. BOYLE
JENNIFER LEVIN

By: /s/ Jennifer Levin
JENNIFER LEVIN
Counsel for Defendant
Money Management International, Inc. formerly known as Money Management By Mail, Inc.

Dated: January 31, 2011

GARRETT M. SMITH, PLLC

By: /s/ Garrett Smith
GARRETT M. SMITH
(*Admitted Pro Hac Vice*)
Counsel for Plaintiffs

LA: 294759/53068-254998