**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,<br><br>Defendants. | CASE NO. 8:07-cv-1476-CJC (ANx)<br><br>*Assigned to the Hon. Cormac J. Carney*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO RESEND PARTIAL SETTLEMENT NOTIFICATIONS TO DECEDENTS' LAST KNOWN ADDRESSES ON OR BEFORE FEBRUARY 3, 2011** |

1

The Court having considered the Stipulated Request To Resend Partial Settlement Notifications To Decedents' Last Known Address On Or Before February 3, 2011 between plaintiffs Janice J. Abat, Ildiko Nylen, Jeanne Rossean, Linda Shakespeare, Shannon Carreiro, and Erica Hall, and defendant Money Management International, Inc., formerly known as Money Management By Mail, Inc., hereby APPROVES the Stipulation and So ORDERS the Request. The Claims Administrator is permitted to send out Partial Settlement Notices to the Affected Decedents' last know addresses on or before February 3, 2011.

**IT IS SO ORDERED**

Dated 2/2/11 _____

Hon. Cormac J. Carney
United State District Court Judge
Central District of California

ORDER (8:07-CV-1476-CJC)

LA: 294764/53068-254998