JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NIALL P. MCCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:   (650) 692-3606

[Additional Counsel on Signature Page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; on behalf of themselves and all other persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JPMORGAN CHASE & CO.; CHASE MANHATTAN BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION, <br><br> Defendants. | Case No. SACV 07-1476 CJC (ANx) <br><br> **NOTICE OF SETTLEMENT** <br><br> Judge:   Hon. Cormac J. Carney |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY, LLP

**NOTICE OF SETTLEMENT**; Case No. SACV 07-1476 CJC (ANx)

# NOTICE OF SETTLEMENT

Plaintiffs wish to advise the Court that a settlement has been reached with Chase Bank USA N.A. The material terms of the settlement have been agreed to and the Parties are in the process of reducing the agreement to writing. Plaintiffs hope to file a Motion for Preliminary Approval shortly. In the mean time, Plaintiffs request that all proceedings be stayed, with the exception of the on-going proceedings related to the earlier settlement of the Money Management International ("MMI") portion of the litigation.

Dated: February 2, 2011         Respectfully Submitted,

**COTCHETT, PITRE & McCARTHY, LLP**

**MORRIS, POLICH & PURDY, LLP**

**LAW OFFICES OF GREGORY S. DUNCAN**

**GARRET M. SMITH PLLC**


By:
   /s/ Anne Marie Murphy

NIALL P. MCCARTHY
ANNE MARIE MURPHY
**COTCHETT, PITRE & McCARTHY**, LLP
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:(650) 697-6000
Facsimile:(650) 692-3606

DAVID J. VENDLER
**MORRIS, POLICH & PURDY, LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017
Telephone:(213) 891-9100
Facsimile:(213) 488-1178

GREGORY S. DUNCAN
**LAW OFFICES OF GREGORY S. DUNCAN**
412 East Jefferson Street
Charlottesville, VA 22902
Telephone: (434) 979-8556
Facsimile: (434) 979-9766

GARRETT M. SMITH
**GARRET M. SMITH PLLC**
100 Court Square Annex, Suite A
Charlottesville, VA 22902
Telephone: (434) 293-4444
Facsimile: (434) 293-7914

*Attorneys for Plaintiffs*