JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NIALL P. MCCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-3606

NOTE: CHANGES MADE BY THE COURT

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; on behalf of themselves and all other persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JPMORGAN CHASE & CO.; CHASE MANHATTAN BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION, <br><br> Defendants. | Case No. SACV 07-1476 CJC (CTx) <br><br> Assigned to: Hon. Cormac J. Carney <br><br> **[~~PROPOSED~~] ORDER STAYING PROCEEDING PENDING SETTLEMENT** |

1  WHEREAS the Parties have notified the Court that Plaintiffs and Chase Bank USA, N.A.
2  have reached a settlement agreement, which is being reduced to a written agreement, **IT IS**
3  **HEREBY ORDERED THAT**:
4  All proceedings, other than settlement related proceedings, are hereby stayed until March
5  4, 2011.

Dated: 2/3/11

_____
The Honorable Cormac J. Carney
Judge of the United States District Court