DOUGLAS C. EMHOFF (SBN 151049)
demhoff@venable.com
JENNIFER LEVIN (SBN 252420)
jlevin@venable.com
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

LAWRENCE H. COOKE (*Admitted Pro Hac Vice*)
lhcooke@venable.com
EDWARD P. BOYLE (*Admitted Pro Hac Vice*)
epboyle@venable.com
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598

Attorneys for Defendant
Money Management International, Inc.
formerly known as Money Management
By Mail, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,<br><br>Defendants. | CASE NO. 8:07-cv-1476-CJC (ANx)<br><br>*Assigned to the Hon. Cormac J. Carney*<br><br>**DEFENDANT MONEY MANAGEMENT INTERNATIONAL, INC.'S NOTICE OF JOINDER AND JOINDER IN PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF PARTIAL SETTLEMENT OF CLASS CLAIMS WITH THE MMI DEFENDANTS**<br><br>Date: February 28, 2011<br>Time: 1:30 p.m. |

LA: 297583/53068-254998

JOINDER (8:07-CV-1476-CJC)

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE
2  NOTICE that Defendant Money Management International, Inc., formerly known as Money
3  Management By Mail, Inc. ("MMI") will, and hereby does, join in the request for relief made
4  in Plaintiffs' Notice of Motion For Final Approval Of Partial Settlement Of Class Claims With
5  The MMI Defendants (Dkt. No. 304) (the "Motion"), except that MMI takes no position with
6  respect to Plaintiffs' request for attorneys' fees. The Motion is set for hearing on February 28,
7  2011 at 1:30 p.m. before the Honorable Cormac J. Carney in Department 9B of the above
8  entitled court, located at 411 West Fourth Street, Santa Ana, California.

Dated: February 25, 2011

VENABLE LLP
DOUGLAS C. EMHOFF
LAWRENCE H. COOKE
EDWARD P. BOYLE
JENNIFER LEVIN

By: /s/ Jennifer Levin
    JENNIFER LEVIN
    Counsel for Defendant
    Money Management International, Inc.
    formerly known as Money
    Management By Mail, Inc.

LA: 297583/53068-254998

1

JOINDER (8:07-CV-1476-CJC)