# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 07-01476-CJC(CTx) | Date | February 28, 2011 |
|---|---|---|---|
| Title | Janice J. Abat, et al v. JPMorgan Chase and Co., et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Michelle Urie | Maria Dellaneve |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| David Vendler<br>Niall P. McCarthy<br>Anne M. Murphy<br>Paul C. Whalen | Lawrence H. Cooke, II<br>Douglas C. Emhoff<br>Lucas A. Messenger |

**Proceedings:**

1. PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PARTIAL SETTLEMENT OF CLASS CLAIMS WITH THE MMI DEFENDANTS (fld 2/23/11)

2. PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND CLASS REPRESENTATIVE ENHANCEMENTS (fld 1/13/11)

Motion hearing held. Court hears oral argument and grants Plaintiff's motion for final approval of partial settlement and application for attorneys' fees, expenses and class representative enhancements for reasons stated on the record. Order signed and filed this date.

|  | : | 27 |
|---|---|---|
| Initials of Preparer | mu | |