STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
LUCAS A. MESSENGER (State Bar No. 217645)
JOSEPH A. ESCAREZ (State Bar No. 266644)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
  CHASE BANK USA, N.A.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION, <br><br> Defendants. | Case No. SACV07-1476-CJC (ANx) <br><br> The Honorable Cormac J. Carney <br><br> **JOINT STIPULATION TO EXTEND STAY PENDING SETTLEMENT** <br><br> Action Filed: December 28, 2007 <br><br> Discovery Cutoff: December 17, 2010 <br> Pretrial Conference: April 18, 2011 <br> Trial: June 14, 2011 |

LA 51377256v1

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1    Plaintiffs, JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN;

2   LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA

3   HALL ("Plaintiffs"), by and through their attorneys of record, and Defendant

4   CHASE BANK USA, N.A. ("Chase," and together with Plaintiffs, the "Parties"), by

5   and through its attorneys of record, hereby stipulate and agree as follows:

6    WHEREAS, on February 2, 2011, Plaintiffs filed a Notice of Settlement

7   (Docket No. 300) stating that "the material terms of the settlement have been agreed

8   to and the Parties are in the process of reducing the agreement to writing;"

9    WHEREAS, Plaintiffs requested that all proceedings be stayed except the on-

10   going proceedings related to the settlement with Money Management International

11   (the "MMI Settlement Proceedings");

12    WHEREAS, on February 3, 2011, the Court entered an order staying all

13   proceedings other than the MMI Settlement Proceedings until March 4, 2011

14   (Docket No. 302);

15    WHEREAS, the Parties have exchanged draft settlement agreements and

16   continue to work diligently and in good faith to finalize the agreement;

17    WHEREAS, the Parties agree that an additional three-week stay of all

18   proceedings, except settlement proceedings, up to and including March 25, 2011 is

19   necessary and proper to facilitate finalization of the settlement agreement.

20    IT IS SO STIPULATED.

21
     Dated:  March 3, 2011                    Respectfully submitted,
22

23                                            STROOCK & STROOCK & LAVAN LLP
                                              JULIA B. STRICKLAND
24                                            STEPHEN J. NEWMAN
                                              LUCAS A. MESSENGER
25
                                              By:  /s/ Lucas A. Messenger
26                                                 LUCAS A. MESSENGER
                                              Attorneys for Defendant
27                                               CHASE BANK USA, N.A.

28

1 | Dated: March 3, 2011

COTCHETT, PITRE & McCARTHY, LLP
JOSEPH W. COTCHETT
NIALL P. McCARTHY
ANNE MARIE MURPHY

By: /s/ *Anne Marie Murphy*
    ANNE MARIE MURPHY
Attorneys for Plaintiffs
    JANICE J. ABAT; ILDIKO NYLEN;
    JEANNE ROSSEAN; LINDA
    SHAKESPEARE; SHANNON
    CARRIERO; NANCY WILKSEN;
    ERICA HALL

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51377256v1

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 3, 2011, a copy of the foregoing **JOINT STIPULATION TO EXTEND STAY PENDING SETTLEMENT** was filed electronically and served by U.S. mail on those who are not registered CM/ECF users as listed below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's EM/ECF System.

Gary W. Kendall, Esq.
MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL
500 Court Square, Suite 300
P.O. Box 298
Charlottesville, VA 22902-0298

Michie Lowry
500 Court Square
Suite 300
Charlottesville, VA 22902

By:   /s/ *Lucas A. Messenger*
        Lucas A. Messenger

LA 51181478