STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
LUCAS A. MESSENGER (State Bar No. 217645)
JOSEPH A. ESCAREZ (State Bar No. 266644)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
  CHASE BANK USA, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,<br><br>Defendants. | Case No. SACV07-1476-CJC (ANx)<br><br>The Honorable Cormac J. Carney<br><br>**[~~PROPOSED~~] ORDER EXTENDING STAY OF PROCEEDINGS PENDING SETTLEMENT**<br><br>Action Filed: December 28, 2007 |

LA 51377630v1

1  Whereas the Parties have notified the Court that Plaintiffs and defendant
2  Chase Bank USA, N.A. have reached a settlement agreement, which is being reduced
3  to a written agreement, IT IS HEREBY ORDERED THAT:
4  All proceedings, other than proceedings related to settlement, are hereby
5  stayed up to and including March 25, 2011.

Dated: March 7, 2011

The Honorable Cormac J. Carney
Judge of the United States District Court

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51377630v1

- 1 -