JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NIALL P. MCCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540 )
amurphy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:   (650) 692-3606

*Attorneys for Plaintiffs and the Class*

JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
LUCAS A. MESSENGER (State Bar No. 217645)
JOSEPH A. ESCAREZ (State Bar No. 266644)
**STROOCK & STROOCK & LAVAN LLP**
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email:  lacalendar@stroock.com

*Attorneys for Defendant Chase Bank USA, N.A.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,<br><br>Defendants. | Case No. SACV07-1476-CJC (ANx)<br><br>The Honorable Cormac J. Carney<br><br>**THIRD JOINT STIPULATION TO EXTEND STAY PENDING SETTLEMENT**<br><br>Action Filed:  December 28, 2007<br><br>Discovery Cutoff:  December 17, 2010<br>Pretrial Conference:  April 18, 2011<br>Trial:  June 14, 2011 |

**THIRD JOINT STIPULATION TO EXTEND STAY PENDING SETTLEMENT;  Case No. SACV07-1476-CJC (ANx)**

1 | Plaintiffs, JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN;
2 | LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA
3 | HALL ("Plaintiffs"), by and through their attorneys of record, and Defendant
4 | CHASE BANK USA, N.A. ("Chase," and together with Plaintiffs, the "Parties"), by
5 | and through its attorneys of record, hereby stipulate and agree as follows:
6 |     WHEREAS, on February 2, 2011, Plaintiffs filed a Notice of Settlement
7 | (Docket No. 300) stating that "the material terms of the settlement have been agreed
8 | to and the Parties are in the process of reducing the agreement to writing;"
9 |     WHEREAS, Plaintiffs requested that all proceedings be stayed except the on-
10 | going proceedings related to the settlement with Money Management International
11 | (the "MMI Settlement Proceedings");
12 |     WHEREAS, on February 3, 2011, the Court entered an order staying all
13 | proceedings other than the MMI Settlement Proceedings until March 4, 2011
14 | (Docket No. 302);
15 |     WHEREAS, on March 7, 2011, the Court entered a further order staying all
16 | proceedings other than the MMI Settlement Proceedings until March 25, 2011
17 | (Docket No. 312);
18 |     WHEREAS, the Parties have exchanged draft settlement agreements and
19 | continue to work diligently and in good faith to finalize the agreement;
20
21
22
23
24
25
26
27 | / / /
28

**THIRD JOINT STIPULATION TO EXTEND STAY PENDING SETTLEMENT;** Case No. SACV07-1476-CJC (ANx)     1

WHEREAS, the Parties agree that an additional four-week stay of all proceedings except settlement related proceedings up to and including April 28, 2011 is necessary and proper to facilitate finalization of the settlement agreement.

IT IS SO STIPULATED.

Dated: March 29, 2011     **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Anne Marie Murphy*
ANNE MARIE MURPHY
*Attorneys for Plaintiffs and the Class*

Dated: March 29, 2011     **STROOCK & STROOCK & LAVAN LLP**

By: */s/ Lucas A. Messenger*
LUCAS A. MESSENGER
*Attorneys for Defendant Chase Bank USA, N.A.*

**THIRD JOINT STIPULATION TO EXTEND STAY PENDING SETTLEMENT;** Case No. SACV07-1476-CJC (ANx)

2