JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NIALL P. MCCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540 )
amurphy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-3606

*Attorneys for Plaintiffs and the Class*

JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
LUCAS A. MESSENGER (State Bar No. 217645)
JOSEPH A. ESCAREZ (State Bar No. 266644)
**STROOCK & STROOCK & LAVAN LLP**
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

*Attorneys for Defendant Chase Bank USA, N.A.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,<br><br>Defendants. | Case No. SACV07-1476-CJC (ANx)<br><br>The Honorable Cormac J. Carney<br><br>**[~~PROPOSED~~] ORDER EXTENDING STAY OF PROCEEDINGS PENDING SETTLEMENT**<br><br>Action Filed: December 28, 2007<br><br>Discovery Cutoff: December 17, 2010<br>Pretrial Conference: April 18, 2011<br>Trial: June 14, 2011 |

**[~~PROPOSED~~] ORDER EXTENDING STAY OF PROCEEDINGS PENDING SETTLEMENT; Case No. SACV07-1476-CJC (ANx)**

Whereas the Parties have notified the Court that Plaintiffs and Defendant Chase Bank USA, N.A. have reached a settlement agreement, which is being reduced to a written agreement, IT IS HEREBY ORDERED THAT:

All proceedings, other than proceedings related to settlement, are hereby stayed up to and including April 28, 2011.

IT IS SO ORDERED.

Dated: <u>April 1</u>, 2011

_____
Honorable Cormac J. Carney
Judge of the United States District Court