1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   LUCAS A. MESSENGER (State Bar No. 217645)
3  JOSEPH A. ESCAREZ (State Bar No. 266644)
   2029 Century Park East
4  Los Angeles, CA  90067-3086
   Telephone: 310-556-5800
5  Facsimile: 310-556-5959
   Email:  lacalendar@stroock.com
6
   Attorneys for Defendant
7    CHASE BANK USA, N.A.

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION, <br><br> Defendants. | Case No. SACV07-1476-CJC (ANx) <br><br> The Honorable Cormac J. Carney <br><br> **FOURTH STIPULATION TO EXTEND STAY PENDING SETTLEMENT** <br><br> Action Filed:  December 28, 2007 <br><br> Discovery Cutoff:  December 17, 2010 <br> Pretrial Conference:  April 18, 2011 <br> Trial:  June 14, 2011 |

LA 51407214

Plaintiffs, JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA HALL ("Plaintiffs"), by and through their attorneys of record, and Defendant CHASE BANK USA, N.A. ("Chase," and together with Plaintiffs, the "Parties"), by and through its attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on February 2, 2011, Plaintiffs filed a Notice of Settlement (Docket No. 300) stating that "the material terms of the settlement have been agreed to and the Parties are in the process of reducing the agreement to writing;"

WHEREAS, Plaintiffs requested that all proceedings be stayed except the on-going proceedings related to the settlement with Money Management International (the "MMI Settlement Proceedings");

WHEREAS, on February 3, 2011, the Court entered an order staying all proceedings other than the MMI Settlement Proceedings until March 4, 2011 (Docket No. 302);

WHEREAS, on March 7, 2011, the Court entered a further order staying all proceedings other than the MMI Settlement Proceedings until March 25, 2011 (Docket No. 312);

WHEREAS, on April 1, 2011, the Court entered a further order staying all proceedings other than the MMI Settlement Proceedings until April 28, 2011 (Docket No. 316);

WHEREAS, the Parties have worked diligently and in good faith to finalize the agreement, which is ready for execution as soon as the notice is finalized, and will continue to do so in preparing motion papers in support of preliminary approval of the agreement;

WHEREAS, the Parties agree that an additional three-week stay of all proceedings, except settlement proceedings, up to and including May 26, 2011 is necessary and proper to facilitate finalization of the settlement agreement, notice and motion papers.

IT IS SO STIPULATED.

Dated: May 5, 2011     Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
LUCAS A. MESSENGER

By: */s/ Lucas A. Messenger*
      LUCAS A. MESSENGER
Attorneys for Defendant
 CHASE BANK USA, N.A.

Dated: May 5, 2011     COTCHETT, PITRE & McCARTHY, LLP
JOSEPH W. COTCHETT
NIALL P. McCARTHY
ANNE MARIE MURPHY

By: */s/ Anne Marie Murphy*
      ANNE MARIE MURPHY
Attorneys for Plaintiffs
   JANICE J. ABAT; ILDIKO NYLEN;
   JEANNE ROSSEAN; LINDA
   SHAKESPEARE; SHANNON
   CARRIERO; NANCY WILKSEN;
   ERICA HALL