JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NIALL P. MCCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-3606

[Additional Counsel on Signature Page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE & CO.; CHASE MANHATTAN BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,<br><br>Defendants. | Case No. SACV07-1476-CJC (ANx)<br><br>The Honorable Cormac J. Carney<br><br>**FIFTH STIPULATION TO EXTEND STAY PENDING SETTLEMENT**<br><br>Action Filed: December 28, 2007<br><br>Discovery Cutoff: December 17, 2010<br><br>Pretrial Conference: April 18, 2011<br><br>Trial: June 14, 2011 |

1  Plaintiffs, JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN;
2  LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN;
3  ERICA HALL ("Plaintiffs"), by and through their attorneys of record, and
4  Defendant CHASE BANK USA, N.A. ("Chase," and together with Plaintiffs, the
5  "Parties"), by and through its attorneys of record, hereby stipulate and agree as
6  follows:
7  WHEREAS, on February 2, 2011, Plaintiffs filed a Notice of Settlement
8  (Docket No. 300) stating that "the material terms of the settlement have been
9  agreed to and the Parties are in the process of reducing the agreement to writing;"
10 WHEREAS, Plaintiffs requested that all proceedings be stayed except the
11 on-going proceedings related to the settlement;
12 WHEREAS, on February 3, 2011, the Court entered an order staying all
13 proceedings other than the settlement proceedings until March 4, 2011 (Docket
14 No. 302);
15 WHEREAS, on March 7, 2011, the Court entered a further order staying all
16 proceedings other than the settlement proceedings until March 25, 2011 (Docket
17 No. 312);
18 WHEREAS, on April 1, 2011, the Court entered a further order staying all
19 proceedings other than the settlement proceedings until April 28, 2011 (Docket
20 No. 316);
21 WHEREAS, on May 5, 2011, the Court entered a further order staying all
22 proceedings other than the settlement proceedings until May 26, 2011 (Docket No.
23 319);
24 WHEREAS, the Parties have worked diligently and in good faith to finalize
25 the agreement and *the agreement is now ready for signature*, and the Parties will
26 continue to work diligently in preparing motion papers in support of preliminary
27 approval of the class action settlement;
28

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY, LLP

**FIFTH STIPULATION TO EXTEND STAY PENDING SETTLEMENT**; Case No. SACV 07-1476 CJC (ANx) 1

WHEREAS, the Parties agree that an additional three-week stay of all proceedings, except settlement proceedings, up to and including June 16, 2011 is necessary and proper to allow the parties to gather signatures and to facilitate finalization of the motion papers.

**IT IS SO STIPULATED**.

Dated: May 26, 2011        By:   */s/ Anne Marie Murphy*

NIALL P. MCCARTHY
ANNE MARIE MURPHY
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-3606

DAVID J. VENDLER, ESQ.
**MORRIS, POLICH & PURDY, LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

GREGORY S. DUNCAN, ESQ.
**LAW OFFICES OF GREGORY S. DUNCAN**
412 East Jefferson Street
Charlottesville, VA 22902
Telephone: (434) 979-8556
Facsimile: (434) 979-9766

GARRETT M. SMITH, ESQ.
GARY W. KENDALL, ESQ.
**MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL PLLC**
500 Court Square, Suite 300
Charlottesville, VA 22902
Telephone: (434) 951-7200
Facsimile: (434) 951-7218

*Attorneys for Plaintiffs*

[signatures continued on next page]

| | | |
|---|---|---|
| Dated: May 26, 2011 | | **STROOCK & STROOCK & LAVAN LLP** |
| | By: | /s/ Lucas A. Messenger |
| | | JULIA B. STRICKLAND<br>STEPHEN J. NEWMAN<br>LUCAS A. MESSENGER<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>Tel: (310) 556-5800<br>Fax: (310) 556-5959 |
| | | *Attorneys for Defendant*<br>*CHASE BANK USA, N.A.* |