JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NIALL P. MCCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-3606

[Additional Counsel on Signature Page]

NOTE: CHANGES MADE BY THE COURT

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE & CO.; CHASE MANHATTAN BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,<br><br>Defendants. | Case No. SACV07-1476-CJC (ANx)<br><br>The Honorable Cormac J. Carney<br><br>**[~~PROPOSED~~] ORDER GRANTING FIFTH STIPULATION TO EXTEND STAY PENDING SETTLEMENT**<br><br>Action Filed: December 28, 2007<br><br>Discovery Cutoff: December 17, 2010<br>Pretrial Conference: April 18, 2011<br>Trial: June 14, 2011 |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY, LLP

**[~~PROPOSED~~] ORDER GRANTING FIFTH STIPULATION TO EXTEND STAY PENDING SETTLEMENT**; Case No. SACV 07-1476 CJC (ANx)

Whereas the Parties have notified the Court that Plaintiffs and defendant Chase Bank USA, N.A. have reached a settlement agreement, which is being reduced to a written agreement, and is now ready for signature, IT IS HEREBY ORDERED THAT:

All proceedings, other than the on-going proceedings related to the settlement with defendant Chase Bank USA, N.A., are hereby stayed up to and including June 16, 2011.  Any further requests for extensions of the stay are strongly disfavored.

IT IS SO STIPULATED.

Dated: May 31, 2011

_____
The Honorable Cormac J. Carney
Judge of the United States District Court