JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NIALL P. MCCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:   (650) 692-3606

DAVID J. VENDLER (SBN 146528)
dvendler@mpplaw.com
MORRIS, POLICH & PURDY, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017
Telephone:  (213) 891-9100
Facsimile:   (213) 488-1178

[Additional Counsel on Signature Page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARREIRO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,<br><br>Defendants. | Case No. SACV07-1476-CJC (ANx)<br><br>**STIPULATION SEEKING LEAVE  NUNC PRO TUNC TO SUBMIT CORRECTED BRIEFING EXCEEDING PAGE LIMITS  IN SUPPORT OF CLASS ACTION SETTLEMENT**<br><br>Date:    July 11, 2011<br>Time:   1:30 P.M.<br>Place:   9B, Santa Ana<br>Judge:  Hon. Cormac J. Carney |

1  WHEREAS, on June 8, 2011 plaintiffs Janice J. Abat, Ildiko Nylen, Jeanne
2  Rossean, Linda Shakespeare, Shannon Carreiro, Nancy Wilksen, and Erica Hall
3  filed with the Court a Notice Of Motion And Memorandum Of Points And
4  Authorities In Support Of Motion For Preliminary Approval Of Settlement Of
5  Class Claims Against Defendant Chase Bank USA, N.A., Conditional Class
6  Certification For Partial Settlement, And Approval Of Class Notice; and

7  WHEREAS, on June 9, 2009, Plaintiffs received a Notice of Filer
8  Deficiencies pointing out the absence of tables of contents and authorities, and the
9  overlong memorandum; and

11  IT IS HEREBY STIPULATED, by and between the parties, through
12  respective counsel of record, that since the 25 page limit for a memorandum set
13  forth in the Local Rule 11-6 was only exceeded by one page, and the settlement
14  offered is complex, and the motion is uncontested, the limitation should be waived
15  *nunc pro tunc*, and (2) the Court should accept in lieu of the original motion and
16  memorandum the document attached hereto, a replacement motion and
17  memorandum, corrected to contain a table of contents and table of authorities.

Dated:  June 10, 2011           Respectfully submitted,

                        By      */s/ Garrett M. Smith*

GARRETT M. SMITH, ESQ.
GARRETT M. SMITH, PLLC
P.O. Box 1741
Charlottesville, VA 22902
Telephone: (434) 293-4444
Facsimile: (434) 293-7194

NIALL P. MCCARTHY, ESQ.
ANNE MARIE MURPHY, ESQ.
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:   (650) 692-3606

5

**STIPULATION SEEKING LEAVE NUNC PRO TUNC TO SUBMIT CORRECTED BRIEFING EXCEEDING PAGE LIMITS IN SUPPORT OF CLASS ACTION SETTLEMENT**

DAVID J. VENDLER, ESQ.
MORRIS, POLICH & PURDY, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

GREGORY S. DUNCAN, ESQ.
LAW OFFICES OF GREGORY S.
  DUNCAN
412 East Jefferson Street
Charlottesville, VA 22902
Telephone: (434) 979-8556
Facsimile: (434) 979-9766

GARY W. KENDALL, ESQ.
MICHIE HAMLETT PLLC
500 Court Square, Suite 300
Charlottesville, VA 22902
Telephone: (434) 951-7200
Facsimile: (434) 951-7218

*Attorneys for Plaintiffs*

By     /s/ Stephen J. Newman

Stephen J. Newman, Esq.
Julia B. Strickland, Esq.
Lucas Messenger, Esq.
STROOCK & STROOCK & LAVAN LLP
Century Park East
Los Angeles, CA 90067-3086
Phone:      (310) 556-5806
Fax:   (310) 556-5959
E-mail:   snewman@stroock.com
              jstrickland@stroock.com
              lmessenger@stroock.com

*Attorneys for Chase Bank U.S.A., N.A.*

5

**STIPULATION SEEKING LEAVE NUNC PRO TUNC TO SUBMIT CORRECTED BRIEFING
EXCEEDING PAGE LIMITS IN SUPPORT OF CLASS ACTION SETTLEMENT**

# PROOF OF SERVICE

*Abat, et al. v. JP Morgan Chase & Co., et al.*
USDC, Central District of California, Case No. SACV 07-1476 CJC (CTx)

I am employed in the City of Charlottesville. I am over the age of 18 and not a party to this action. My business address is 100 Court Square, Suite A, P.O. Box 1741, Charlottesville, Virginia 22902. On June 10, 2011, I served the foregoing document, described as **STIPULATION SEEKING LEAVE NUNC PRO TUNC TO SUBMIT CORRECTED BRIEFING EXCEEDING PAGE LIMITS IN SUPPORT OF CLASS ACTION SETTLEMENT**

in this action by placing

☐ the original of the document
☐ true copies of the document in a sealed envelopes to the following addressees only:

☐ **BY U.S. MAIL** I deposited such envelope in the mail at Charlottesville, Virginia. The envelopes were mailed with postage thereon fully prepaid.

I am readily familiar with Garrett M. Smith PLLC's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Charlottesville, Virginia in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☒ **BY E-MAIL -** I caused true copies of the above-referenced document to be transmitted via CM/ECF e-mail to the parties as listed on the attached SERVICE LIST

☐ **BY FEDERAL EXPRESS** I am familiar with the firm's practice of collecting and processing correspondence for delivery via Federal Express. Under that practice, it would be picked up by Federal Express on that same day at Charlottesville, Virginia and delivered to the parties as listed on this Proof of Service the following business morning.

☐ **BY FACSIMILE** I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service.

I declare under penalty of perjury under the laws of the United States of America and the State of Virginia, that the above is true and correct.

Executed on June 10, 2011, at Charlottesville, Virginia.

*/s/ Garrett M. Smith*_____
Garrett M. Smith

5

**STIPULATION SEEKING LEAVE NUNC PRO TUNC TO SUBMIT CORRECTED BRIEFING EXCEEDING PAGE LIMITS IN SUPPORT OF CLASS ACTION SETTLEMENT**

**JANICE J. ABAT, et al. v. JP MORGAN CHASE & CO., et al.**
**U.S. District Court, Central District of California, Case No. SACV 07-1476 CJC(CTx)**

## SERVICE LIST

| | |
|---|---|
| Joseph W. Cotchett, Esq.<br>Niall P. McCarthy, Esq.<br>Anne Marie Murphy, Esq.<br>COTCHETT, PITRE & MCCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Phone:   (650) 697-6000<br>Fax:      (650) 697-0577<br>E-mail:  jcotchett@cpmlegal.com<br>              nmccarthy@cpmlegal.com<br>              amurphy@cpmlegal.com | ***Co-Counsel for Plaintiffs*** |
| David J. Vendler, Esq.<br>MORRIS POLICH & PURDY LLP<br>1055 West Seventh Street<br>Suite 2400<br>Los Angeles, California 90017<br>Phone:   (213) 891-9100<br>Fax:      (213) 488-1178<br>E-mail:  dvendler@mpplaw.com | ***Co-Counsel for Plaintiffs*** |
| GREGORY S. DUNCAN, ESQ.<br>LAW OFFICES OF GREGORY S. DUNCAN<br>412 East Jefferson Street<br>Charlottesville, VA 22902<br>Telephone:  (434) 979-8556<br>Facsimile:   (434) 979-9766 | |
| GARY W. KENDALL, ESQ.<br>MICHIE HAMLETT PLLC<br>500 Court Square, Suite 300<br>Charlottesville, VA 22902<br>Telephone:  (434) 951-7200<br>Facsimile:   (434) 951-7218 | |
| Stephen J. Newman, Esq.<br>Julia B. Strickland, Esq.<br>Lucas Messenger, Esq.<br>STROOCK & STROOCK & LAVAN LLP<br>Century Park East<br>Los Angeles, CA 90067-3086<br>Phone:   (310) 556-5806<br>Fax:      (310) 556-5959<br>E-mail:  snewman@stroock.com<br>              jstrickland@stroock.com<br>              lmessenger@stroock.com | ***Attorneys for the CHASE Defendants*** |

5

**STIPULATION SEEKING LEAVE NUNC PRO TUNC TO SUBMIT CORRECTED BRIEFING EXCEEDING PAGE LIMITS IN SUPPORT OF CLASS ACTION SETTLEMENT**

Douglas C. Emhoff, Esq.                     *Attorneys for the MMI Defendants*
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Phone:   (310) 229-9900
Fax:     (310) 229-9901
E-Mail   demhoff@venable.com

Lawrence H. Cook, II, Esq.                  *Attorneys for the MMI Defendants*
Edward Patrick Boyle, Esq.
VENABLE LLP
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
Phone:   (212) 307-5500
Fax:     (212) 307-5598
E-Mail:  lhcooke@venable.com

5

**STIPULATION SEEKING LEAVE NUNC PRO TUNC TO SUBMIT CORRECTED BRIEFING EXCEEDING PAGE LIMITS IN SUPPORT OF CLASS ACTION SETTLEMENT**