| | |
|---|---|
| 1 | JOSEPH W. COTCHETT (SBN 36324) |
| | jcotchett@cpmlegal.com |
| 2 | NIALL P. MCCARTHY (SBN 160175) |
| | nmccarthy@cpmlegal.com |
| 3 | ANNE MARIE MURPHY (SBN 202540) |
| | amurphy@cpmlegal.com |
| 4 | COTCHETT, PITRE & MCCARTHY |
| | 840 Malcolm Road, Suite 200 |
| 5 | Burlingame, California 94010 |
| | Telephone: (650) 697-6000 |
| 6 | Facsimile: (650) 692-3606 |
| 7 | DAVID J. VENDLER (SBN 146528) |
| | dvendler@mpplaw.com |
| 8 | MORRIS POLICH & PURDY LLP |
| | 1055 West Seventh Street, 24th Floor |
| 9 | Los Angeles, CA 90017 |
| | Telephone: (213) 891-9100 |
| 10 | Facsimile: (213) 488-1178 |

*[Additional Counsel on Signature Page]*

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,<br><br>Defendants. | Case No. SACV 07-1476 CJC (ANx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION SEEKING LEAVE NUNC PRO TUNC TO SUBMIT CORRECTED BRIEFING EXCEEDING PAGE LIMITS IN SUPPORT OF CLASS ACTION SETTLEMENT**<br><br>**Date:** July 11, 2011<br>**Time:** 1:30 p.m.<br>**Ctrm.:** "9B"<br>**Judge:** Hon. Cormac J. Carney |

1

**[PROPOSED] ORDER GRANTING STIPULATION SEEKING LEAVE NUNC PRO TUNC TO SUBMIT CORRECTED BRIEFING EXCEEDING PAGE LIMITS IN SUPPORT OF CLASS ACTION SETTLEMENT**

Pursuant to the stipulation of the parties to waive *nunc pro tunc* the 25-page limitation set forth in Local Rule 11-6 and the request from the parties that the Court accept in lieu of the original Motion and Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Settlement of Class Claims Against Defendant Chase Bank USA, N.A. filed on June 8, 2011, the replacement motion and memorandum filed herein on June 10, 2011 (Document No. 326), the Court finds good cause to waive the page limitation contained in Local Rule 11-6, and

IT IS HEREBY ORDERED

(1) that since the 25-page limit for a memorandum set forth in the Local Rule 11-6 was only exceeded by one page, and the settlement offered is complex, and the motion is uncontested, the 25-page limitation is waived *nunc pro tunc*; and

(2) in lieu of the original motion and memorandum filed on June 8, 2011, the Court accepts the replacement motion and memorandum, corrected to contain a table of contents and a table of authorities filed on June 10, 2011 (Document No. 326), *nunc pro tunc* as requested by the parties.

Dated: June 16, 2011

Honorable CORMAC J. CARNEY
United States District Judge

Respectfully submitted by:

    /s/ David J. Vendler
David J. Vendler, (SBN 146528)
**MORRIS POLICH & PURDY LLP**
1055 W. Seventh Street, 24th Floor
Los Angeles, CA 90017
Phone: (213) 891-9100
Fax: (213) 488-1178
Email: dvendler@mpplaw.com

Garrett M. Smith *(Admitted Pro Hac Vice)*
**GARRETT M. SMITH, PLLC**

2
**[PROPOSED] ORDER GRANTING STIPULATION SEEKING LEAVE NUNC PRO TUNC TO SUBMIT
CORRECTED BRIEFING EXCEEDING PAGE LIMITS IN SUPPORT OF CLASS ACTION SETTLEMENT**

P.O. Box 1741
Charlottesville, VA 22902
Phone: (434) 293-4444
Fax: (434) 293-7194
Email: gsmith@garrettsmith.com

Joseph W. Cotchett (SBN 36324)
Niall P. McCarthy (SBN 160175)
Anne Marie Murphy (SBN 202540)
**COTCHETT, PITRE & MCCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
Email: jcotchett@cpmlegal.com
nmccarthy@cpmlegal.com
amurphy@cpmlegal.com

Gregory Duncan *(Admitted Pro Hac Vice)*
**LAW OFFICES OF GREGORY DUNCAN**
412 East Jefferson Street
Charlottesville, VA 22902
Phone: (434) 979-8556
Fax: (434) 979-9766
Email: gregdun@ntelos.net

Gary W. Kendall *(Admitted Pro Hac Vice)*
**MICHIE HAMLETT PLLC**
500 Court Square, Suite 300
Charlottesville, VA 22902
Phone: (434) 951-7200
Fax: (434) 951-7218
Email: gkendall@mhlrt.com

*Attorneys for* PLAINTIFFS