# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 07-01476-CJC(ANx)            Date: June 30, 2011

Title: <u>JANICE J. ABAT ET AL. V. CHASE BANK USA, N.A. ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>                 <u>  N/A  </u>
Deputy Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING OPT-OUT LIMIT AND CONFIDENTIAL LETTER AGREEMENT FOR PARTIAL SETTLEMENT OF CLASS CLAIMS**

       Plaintiffs are hereby directed to file the Confidential Letter Agreement concerning the Opt-Out Limit for the proposed partial settlement of Plaintiffs' class claims against Defendant Chase Back USA, N.A. no later than 5 p.m. on Wednesday, July 6, 2011. The Court finds that such information is material to the decision of class members on whether to opt out and, accordingly, must not be withheld from them.

mkyc

MINUTES FORM 11
CIVIL-GEN                                                    Initials of Deputy Clerk MU