# STROOCK

**CONFIDENTIAL**

Julia B. Strickland
Direct Dial  310-556-5806
Direct Fax  310-556-5959
jstrickland@stroock.com

June 10, 2011

Niall P. McCarthy, Esq.
COTCHETT, PITRE & MCCARTHY LLP
840 Malcolm Road, Suite 200
Burlingame, California 94010

Re:   Janice A. Abat, et al. v. JP Morgan Chase and Co., et al.,
      Civil Action No. SACV07-1476-CJC

Dear Niall:

This Confidential Letter Agreement is in regard to that certain Stipulation and Agreement of Settlement (the "Agreement"), executed on or about May 27, 2011, by and between plaintiffs Janice Abat, Ildiko Nylen, Jeanne Rossean, Linda Shakespeare, Shannon Carreiro, Nancy Wilksen and Erica Hall on the one hand, and defendant Chase Bank USA, N.A., on the other hand (together, the "Parties").  The "Opt-Out Limit" for purposes of Section 7.4(d) of the Agreement is five thousand (5000).

Unless the Parties agree otherwise, the contents of this Confidential Letter Agreement are to be kept in strict confidence, but this Confidential Letter Agreement may be made available for *in camera* inspection by the District Court.

Very truly yours,

Julia B. Strickland
Attorneys for Defendant Chase Bank USA, N.A.

STROOCK & STROOCK & LAVAN LLP • LOS ANGELES • NEW YORK • MIAMI
2029 CENTURY PARK EAST, LOS ANGELES, CA 90067-3086 TEL 310.556.5800 FAX 310.556.5959 WWW.STROOCK.COM

June 10, 2011
Page 2

Accepted and agreed:

Niall P. McCarthy
Attorneys for Plaintiffs

STROOCK & STROOCK & LAVAN LLP · LOS ANGELES · NEW YORK · MIAMI
2029 CENTURY PARK EAST, LOS ANGELES, CA 90067-3086 TEL 310.556.5800 FAX 310.556.5959 WWW.STROOCK.COM