JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NIALL P. MCCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-3606

DAVID J. VENDLER (SBN 146528)
dvendler@mpplaw.com
MORRIS POLICH & PURDY LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

*[Additional Counsel on Signature Page]*

***Attorneys for Plaintiffs***

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARRIERO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated,

Plaintiffs,

vs.

CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,

Defendants.

Case No. SACV 07-1476 CJC (ANx)

**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS CLAIMS AGAINST DEFENDANT CHASE BANK USA, N.A., CONDITIONAL CLASS CERTIFICATION FOR PARTIAL SETTLEMENT, AND APPROVAL OF CLASS NOTICE**

**Date:** **July 11, 2011**
**Time:** **1:30 p.m.**
**Ctrm.:** **"9B"**
**Judge:** **Hon. Cormac J. Carney**

10303240.doc 1
NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS CLAIMS AGAINST DEFENDANT CHASE BANK USA, N.A., CONDITIONAL CLASS CERTIFICATION FOR PARTIAL SETTLEMENT AND APPROVAL OF CLASS NOTICE

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that PLAINTIFFS hereby lodge their [Proposed] Order Granting Motion for Preliminary Approval of Settlement of Class Claims Against Defendant Chase Bank USA, N.A., Conditional Class Certification for Partial Settlement, and Approval of Class Notice.

Dated: July 8, 2011                    Respectfully submitted,

By:       /s/ David J. Vendler
David J. Vendler, (SBN 146528)
**MORRIS POLICH & PURDY LLP**
1055 W. Seventh Street, 24th Floor
Los Angeles, CA 90017
Phone:    (213) 891-9100
Fax:      (213) 488-1178
Email:    dvendler@mpplaw.com

Garrett M. Smith *(Admitted Pro Hac Vice)*
**GARRETT M. SMITH, PLLC**
P.O. Box 1741
Charlottesville, VA 22902
Phone:    (434) 293-4444
Fax:      (434) 293-7194
Email:    gsmith@garrettsmith.com

Joseph W. Cotchett (SBN 36324)
Niall P. McCarthy (SBN 160175)
Anne Marie Murphy (SBN 202540)
**COTCHETT, PITRE & MCCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Phone:    (650) 697-6000
Fax:      (650) 697-0577
Email:    jcotchett@cpmlegal.com
          nmccarthy@cpmlegal.com
          amurphy@cpmlegal.com

Gregory Duncan *(Admitted Pro Hac Vice)*
**LAW OFFICES OF GREGORY DUNCAN**
412 East Jefferson Street
Charlottesville, VA 22902
Phone:    (434) 979-8556
Fax:      (434) 979-9766
Email:    gregdun@ntelos.net

Gary W. Kendall *(Admitted Pro Hac Vice)*
**MICHIE HAMLETT PLLC**
500 Court Square, Suite 300
Charlottesville, VA 22902
Phone: (434) 951-7200
Fax: (434) 951-7218
Email: gkendall@mhlrt.com

***Attorneys for PLAINTIFFS***

10303240.doc

3

NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS CLAIMS AGAINST DEFENDANT CHASE BANK USA, N.A., CONDITIONAL CLASS CERTIFICATION FOR PARTIAL SETTLEMENT AND APPROVAL OF CLASS NOTICE

# PROOF OF SERVICE

*Abat, et al. v. JP Morgan Chase & Co., et al.*
USDC, Central District of California, Case No. SACV 07-1476 CJC (ANx)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

On July 8, 2011, pursuant to the Court's Electronic Filing System, I submitted an electronic version of the following document(s) via file transfer protocol to ECF (Electronic Case Filing)

**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS CLAIMS AGAINST DEFENDANT CHASE BANK USA, N.A., CONDITIONAL CLASS CERTIFICATION FOR PARTIAL SETTLEMENT, AND APPROVAL OF CLASS NOTICE; and [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS CLAIMS AGAINST DEFENDANT CHASE BANK USA, N.A., CONDITIONAL CLASS CERTIFICATION FOR PARTIAL SETTLEMENT, AND APPROVAL OF CLASS NOTICE**

and true copies of these documents were served electronically upon all counsel of record by the Court's CM/ECF System, or if such service is not authorized, by first class mail, in accordance with Rule 5 of the Federal Rules of Civil Procedure.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 8, 2011, at Los Angeles, California.

Carol Ann T. Nakauchi

L0169080.DOC