# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 07-01476-CJC(CTx) | Date | July 11, 2011 |
|---|---|---|---|
| Title | Janice J. Abat, et al v. JPMorgan Chase and Co., et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Maria Dellaneve |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Vendler<br>Anne M. Murphy | Stephen Newman |

**Proceedings:** PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS CLAIMS AGAINST DEFENDANT CHASE BANK USA, N.A., CONDITIONAL CLASS CERTIFICATION FOR PARTIAL SETTLEMENT, AND APPROVAL OF CLASS NOTICE (fld 6/8/11)

Tentative issued to counsel before case called. Motion hearing held. Court confers with counsel. Court rules in accordance with its tentative and grants Plaintiffs' motion for preliminary approval of settlement of class claims against Defendant Chase Bank USA, N.A., conditional class certification for partial settlement, and approval of class notice. Order signed and filed this date.

|  | : | 02 |
|---|---|---|
| Initials of Preparer | mu | |