# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-01476-CJC(CTx) | Date | October 7, 2011 |
|---|---|---|---|
| Title | Janice J. Abat, et al v. JPMorgan Chase and Co., et al | | |

Present: The Honorable   **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER DENYING WITHOUT PREJUDICE DEFENDANT CHASE BANK USA, N.A.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (fld 8/23/10)

   In light of the pending motion for final settlement approval scheduled for hearing on November 7, 2011, Defendant's motion for partial summary judgment as to statutes of repose and limitations is DENIED WITHOUT PREJUDICE. Defendant can renew the motion in the event the Court denies final approval of the settlement.

                                                                                              :   0

Initials of Preparer   mu