# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 07-01476-CJC(CTx) | Date | November 7, 2011 |
|---|---|---|---|
| Title | Janice J. Abat, et al v. JPMorgan Chase and Co., et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Michelle Urie | Maria Dellaneve |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| David Vendler<br>Anne M. Murphy | Lucas A. Messenger |

**Proceedings:**   1.   PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE ENHANCEMENTS (fld 9/23/11)

2.   PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PARTIAL SETTLEMENT OF CLASS CLAIMS WITH CHASE BANK USA, N.A. (fld 10/28/11)

     Motion hearing held.  Court confers with counsel and GRANTS Plaintiffs' motion for final approval of partial settlement of class claims.  Order signed and filed this date.  Court also GRANTS Plaintiffs' application for attorneys' fees, expenses, and class representative enhancements.  Final order to be issued.

     :   03

Initials of Preparer   mu