JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NIALL P. MCCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road
Burlingame, California 94010
Tel: (650) 697-6000 / Fax: (650) 692-3606

*Attorneys for Plaintiffs*
*[Additional Counsel on Signature Page]*

LAWRENCE H. COOKE, II
lhcooke@venable.com
EDWARD P. BOYLE
epboyle@venable.com
DOREEN S. MARTIN
dsmartin@venable.com
**VENABLE, LLP**
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Tel: (212) 307-5500 / Fax: (212) 307-5598

DOUGLAS C. EMHOFF (SBN 151049)
demhoff@venable.com
**VENABLE, LLP**
2049 Century Park, East, Suite 2100
Los Angeles, California 90067
Tel: (310) 229-9900 / Fax: (310) 229-9901

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARREIRO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated,

Plaintiffs,

vs.

CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,

Defendants.

Case No. SACV07-1476-CJC (CTx)

**NOTICE OF MOTION AND STIPULATED MOTION FOR AMENDMENT OF SETTLEMENT DISTRIBUTION PLAN; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Date: April 22, 2013
Time: 1:30 p.m.
Courtroom: 9B, Santa Ana
Judge: Hon. Cormac J. Carney

# NOTICE OF MOTION AND MOTION

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 22, 2013 at 1:30 p.m., or as soon thereafter as the matter may be heard before Honorable Cormac J. Carney in Courtroom 9B of the United States District Court, Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiffs Janice J. Abat, Jeanne Rossean, Nancy Wilksen and Erica Hall (collectively, the "MMI Named Plaintiffs" or "MMI Class Representatives"), individually and as class representatives, and Defendants Money Management International Inc. and Money Management by Mail, Inc. ("MMI") will and hereby move the Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, and Section N of the Court's February 28, 2011 Order Granting Final Approval of the MMI Settlement [Document 310] for an Order: (1) directing that a second, and final, distribution be made to MMI Class Members; (2) directing that amounts remaining from the MMI settlement following the second and final distribution be distributed in equal amounts to the four previously approved *cy pres* recipients (Bet Tzedek Legal Services; National Consumer Law Center; Association of Independent Consumer Credit Counseling Agencies (AICCCA); and Reverse Mortgage Counseling Association (RMCA)).

This motion is made on the grounds that: (1) Class Counsel and MMI's counsel agree that without an amendment in the distribution plan for the second MMI distribution that excessive funds would be wasted on administration costs; and, (2) Class Counsel and MMI's counsel believe that a second distribution followed by *cy pres* of any residual is preferred to a third and/or fourth distribution of what would be a small amount.

**NOTICE OF MOTION AND STIPULATED MOTION FOR AMENDMENT OF SETTLEMENT DISTRIBUTION PLAN; MPA IN SUPPORT THEREOF;** Case No. SACV07-1476-CJC (CTx) 1

This motion is based on this Notice of Stipulated Motion and Memorandum of Points and Authorities, the Declaration of Anne Marie Murphy, the Declaration of Jennifer Keough, the complete files and records in this action, and any oral argument requested by the Court. A proposed form of Order is submitted herewith.

Respectfully submitted,

Dated: March 20, 2013

By *_/s/ Anne Marie Murphy_*

NIALL P. McCARTHY
ANNE MARIE MURPHY
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Tel: (650) 697-6000 / Fax: (650) 692-3606

DAVID J. VENDLER
**MORRIS, POLICH & PURDY, LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Tel: (213) 891-9100 / Fax: (213) 488-1178

GREGORY S. DUNCAN, ESQ.
**LAW OFFICES OF GREGORY S. DUNCAN**
412 East Jefferson Street
Charlottesville, VA 22902
Tel: (434) 979-8556 / Fax: (434) 979-9766

GARRETT M. SMITH
**MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL PLLC**
500 Court Square, Suite 300
Charlottesville, Virginia 22902
Tel: (434) 951-7200 / Fax: (434) 951-7218

*Attorneys for Plaintiffs*

*[Additional signatures continued on next page]*

/ / /

Dated: March 20, 2013

By */s/ Doreen S. Martin*

LAWRENCE H. COOKE, II
EDWARD P. BOYLE
DOREEN S. MARTIN
**VENABLE, LLP**
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Tel: (212) 307-5500 / Fax: (212) 307-5598

DOUGLAS C. EMHOFF
**VENABLE, LLP**
2049 Century Park, East, Suite 2100
Los Angeles, California 90067
Tel: (310) 229-9900 / Fax: (310) 229-9901

*Attorneys for Defendants*

**NOTICE OF MOTION AND STIPULATED MOTION FOR AMENDMENT OF SETTLEMENT DISTRIBUTION PLAN; MPA IN SUPPORT THEREOF;** Case No. SACV07-1476-CJC (CTx)

3

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION AND SUMMARY

As part of counsels' on-going duty to oversee the distribution of settlement funds, Class Counsel[1] and counsel for MMI jointly request that the Court amend the distribution plan as described herein in order to ensure that a larger amount of the funds from the MMI settlement goes to Class Members instead of administration costs. In the Order Granting the Joint Motion for Final Approval of Partial Settlement of Class Claims with the MMI Defendants ("MMI Final Approval Order"), the Court specifically retained continuing jurisdiction of all matters related to the administration of the settlement agreement and the MMI Final Approval Order. (*See*, Section N of MMI Final Approval Order). [Document 310.]

On May 19, 2011, GCG caused checks to be mailed to Participating Claimants who were former MMI customers, with an aggregate value totaling $3,488,107.27. (See, Declaration of Jennifer M. Keough ("Keough Decl."), ¶3, which is filed concurrently with this Motion.) The minimum distribution was $0.01 and the maximum was $78.34. *Id.* The average distribution was $11.22. *Id.*

Out of the checks distributed by GCG, $2,298,128.80 represents the aggregate value for cashed checks and $1,189,978.47 represents the aggregate value for uncashed checks. (Keough Decl. ¶4.)

GCG provided calculated distribution amounts for current and recently former MMI customers, with an aggregate value of $1,181,139.29. (Keough Decl. ¶5.) GCG wired funds in that amount to MMI to execute distribution to current and recently former MMI customers. *Id.* The provided minimum distribution was $0.02 and the provided maximum distribution was $81.75. *Id.* The average distribution was $12.81. *Id.*

[1] Unless otherwise stated, capitalized terms are as defined in the Joint Stipulation for Partial Class Action Settlement and Release ("MMI Settlement Agreement").

**NOTICE OF MOTION AND STIPULATED MOTION FOR AMENDMENT OF SETTLEMENT DISTRIBUTION PLAN; MPA IN SUPPORT THEREOF;** Case No. SACV07-1476-CJC (CTx) 4

MMI wired $27,529.09 related to uncashed checks distributed by MMI back to GCG, leaving a total of $1,216,998.29 in the account for a possible second distribution to Authorized Claimants or *cy pres* distribution per section III.E(1) of the Stipulation. (Keough Decl. ¶6.)

Counsel requests direction from the Court regarding the $1,216,998.29 that remains in the MMI fund due to uncashed check amounts. Under the terms of the MMI Settlement Agreement it is up to the Claims Administrator to determine if subsequent *pro rata* distributions will waste more than one-half of the remaining funds. (MMI Settlement Agreement, Section III(E)(1)). On or about September 11, 2012, GCG, as Claims Administrator, informed counsel that $1,216,999.65 remained and that GCG could perform a second distribution which would cost an estimated $360,000-$370,000 to complete. (*See*, Keough Decl. ¶7; *See also*, Declaration of Anne Marie Murphy ("Murphy Decl.") ¶ 2.) This means that less than $850,000 would go to class members with approximately one-third (1/3) of the funds being consumed by administration costs.

GCG's inquiry regarding a second distribution and the estimate of administration costs prompted Class Counsel and MMI's counsel to further inquire about the metrics of the planned second distribution. (Murphy Decl. ¶ 3.) Counsel learned that a large portion of the checks in the planned second distribution would be very small amounts, including checks for $0.01. (Murphy Decl. ¶ 3.) Counsel agreed that this is not desirable and asked GCG to run cost estimates assuming that various dollar floors were used for the second distribution. (Murphy Decl. ¶ 3.) On December 10, 2012, GCG provided the following estimate to counsel:

| **Floor** | **Approx. Check Count** | **Estimated GCG Costs & Fees** |
|---|---|---|
| $10 | 68,500 | $102,300 - $105,500 |
| $8 | 81,500 | $118,900 - $122,000 |
| $5 | 112,500 | $156,000 - $159,000 |

(Murphy Decl. ¶ 3; *see also*, Keough Decl. ¶8). Counsel met and conferred following GCG's estimates and consensus was reached that a $10 floor would be reasonable in so far as it would conserve funds by significantly decreasing administration costs and would get meaningfully sized checks to the Class Members. (Murphy Decl. ¶ 3.)

Counsel expects that the second distribution will be successful and that the majority of checks will be cashed since checks will only be issued to Class Members who cashed checks in the first distribution. (Murphy Decl. ¶ 4.) Also, if a $10 floor is established counsel believes a higher proportion of checks will be cashed than would be cashed absent a floor. (Murphy Decl. ¶ 4.)

Counsel recognizes that it is entirely within the discretion of the Court to approve the proposed changes in the distribution plan. Counsel and GCG are of course willing to complete the original distribution plan if that is the Court's preference.

## II.  ARGUMENT

The Court specifically retained continuing jurisdiction over the administration of the settlement and retained jurisdiction to enter such additional orders as are necessary to "to protect or effectuate" the MMI Final Approval Order. MMI Final Approval Oder, Paragraph N, and Sub-Paragraph N(b). [Document 310]. At the time counsel entered the underlying settlement and at the time of Final Approval, counsel could not know or predict how many class members would participate or the metrics of latter rounds of fund distribution.

Undersigned counsel believes it is in the best interests of the Class for the distribution plan to be amended slightly so that a floor is established for the second distribution. Specifically, after meeting and conferring with the Claims Administrator, counsel believe that a $10 floor is advisable because it will preserve the largest amount of funds for distribution to the Class (as opposed to use in

administrative costs). As for any remaining funds, the MMI Settlement Agreement, provides that residual amounts be subject to *cy pres* distribution. (MMI Settlement Agreement, Section (III)(E)) [Document 275-2]. Counsel requests that the Court direct that any funds remaining after the second distribution be subject to *cy pres* as opposed to a possible third distribution.

## III. CONCLUSION

For the foregoing reasons, Class Counsel and counsel for MMI respectfully request that the Court approve the proposed, amended, plan of distribution.

Dated: March 20, 2013

By /s/ Anne Marie Murphy

NIALL P. McCARTHY
ANNE MARIE MURPHY
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Tel: (650) 697-6000 / Fax: (650) 692-3606

DAVID J. VENDLER
**MORRIS, POLICH & PURDY, LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Tel: (213) 891-9100 / Fax: (213) 488-1178

GREGORY S. DUNCAN, ESQ.
**LAW OFFICES OF GREGORY S. DUNCAN**
412 East Jefferson Street
Charlottesville, VA 22902
Tel: (434) 979-8556 / Fax: (434) 979-9766

GARRETT M. SMITH
**MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL PLLC**
500 Court Square, Suite 300
Charlottesville, Virginia 22902
Tel: (434) 951-7200 / Fax: (434) 951-7218

*Attorneys for Plaintiffs*

*[Additional signatures continued on next page]*

/ / /

Dated: March 20, 2013

By */s/ Doreen S. Martin*

LAWRENCE H. COOKE, II
EDWARD P. BOYLE
DOREEN S. MARTIN
**VENABLE, LLP**
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Tel: (212) 307-5500 / Fax: (212) 307-5598

DOUGLAS C. EMHOFF
**VENABLE, LLP**
2049 Century Park, East, Suite 2100
Los Angeles, California 90067
Tel: (310) 229-9900 / Fax: (310) 229-9901

*Attorneys for Defendants*