# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 07-1476-AG(ANx) |
| Date | May 6, 2013 |
| Title | JANICE ABAT, ET AL v JP MORGAN CHASE & CO, ET AL |

Present: The Honorable  ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Vendler | Douglas Emhoff |

**Proceedings:** STIPULATED MOTION FOR AMENDMENT OF SETTLEMENT DISTRIBUTION PLAN [DKT #350]

Cause is called for hearing and counsel make their appearances. Court and counsel confer. Motion is GRANTED. Counsel to lodge a proposed order with the Court.

: 10

Initials of Preparer  lmb