JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NIALL P. MCCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road
Burlingame, California 94010
Tel:  (650) 697-6000 / Fax:  (650) 692-3606

*Attorneys for Plaintiffs*

LAWRENCE H. COOKE, II
lhcooke@venable.com
EDWARD P. BOYLE
epboyle@venable.com
DOREEN S. MARTIN
dsmartin@venable.com
**VENABLE, LLP**
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Tel:  (212) 307-5500 / Fax:  (212) 307-5598

DOUGLAS C. EMHOFF (SBN 151049)
demhoff@venable.com
**VENABLE, LLP**
2049 Century Park, East, Suite 2100
Los Angeles, California 90067
Tel: (310) 229-9900 / Fax: (310) 229-9901

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE J. ABAT; ILDIKO NYLEN; JEANNE ROSSEAN; LINDA SHAKESPEARE; SHANNON CARREIRO; NANCY WILKSEN; ERICA HALL; on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE BANK USA, N.A.; MONEY MANAGEMENT INTERNATIONAL, INC.; MONEY MANAGEMENT BY MAIL, INC.; and MONEY MANAGEMENT INTERNATIONAL FINANCIAL EDUCATION FOUNDATION,<br><br>Defendants. | Case No. SACV07-01476 AG (ANx)<br><br>**ORDER GRANTING STIPULATED MOTION FOR AMENDMENT OF SETTLEMENT DISTRIBUTION PLAN**<br><br>Courtroom:  10D, Santa Ana<br>Judge:         Hon. Andrew J. Guilford |

**ORDER GRANTING  STIPULATED MOTION FOR AMENDMENT OF SETTLEMENT DISTRIBUTION PLAN;**
Case No. SACV07-01476 AG (ANx)

# ORDER

WHEREAS, by order dated February 28, 2011, this Court granted final approval of the class action settlement between Plaintiffs and the MMI Defendants [Document 310].

WHEREAS, the Court retained jurisdiction to oversee the fair and orderly administration of the settlement.

WHEREAS Class Counsel and counsel for MMI have filed a Stipulated Motion, which brought to the Court's attention concerns regarding the efficiency of the planned second distribution to the MMI Class Members, specifically that if no floor value were established for checks then a large portion of the remaining funds would be wasted on administration costs instead of getting funds to Class Members.

WHEREAS Class Counsel and counsel for MMI recommend that efficiencies will be obtained and the Class will benefit from establishing a $10 cut off / floor for checks (so that only checks that are calculated as being more than $10 will be sent; and so that the funds from what would have been low valued checks are instead used to increase the size of the checks that are in fact sent).

WHEREAS Class Counsel and counsel for MMI further recommend that the second distribution be the final distribution and that any remaining residual funds be subject to *cy pres* in the manner previously approved by the Court.

WHEREAS an open hearing was held on this matter and there were no objections.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Class Counsel and counsel for MMI are directed to work with the Claims Administrator to effect a final (second) distribution to the MMI Class Members using the proposed $10 cut off / floor for check values in order to conserve administration costs so that more funds are available to go to Class Members.

1
2 / / /
3   2. Once the final (second) distribution is completed, any funds
4 remaining due to uncashed checks will be subject to *cy pres* to the four 501(c)(3)
5 organizations already approved by this Court. [*See*, Documents 275-2 and 310.]
6
7   IT IS SO ORDERED.
8
9
10 Dated: May 16, 2013
          THE HONORABLE ANDREW J. GUILFORD
11           U.S. DISTRICT COURT JUDGE

**ORDER GRANTING STIPULATED MOTION FOR AMENDMENT OF SETTLEMENT DISTRIBUTION PLAN;**
Case No. SACV07-01476 AG (ANx)

2