UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-1476 AG (ANx), | Date | August 13, 2014 |
|---|---|---|---|
| Title | JANICE ABAT, et al. v. JP MORGAN CHASE & CO., et al. | | |

Present: The Honorable    ANDREW J. GUILFORD

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:**    **[IN CHAMBERS] ORDER SETTING STATUS CONFERENCE**

A settlement was approved in this case in 2011. The Court has received letters concerning the *cy pres* portion of the settlement. (Dkt. Nos. 356-58.) The Court sets a status conference for September 8, 2014, at 9:00 a.m. to discuss the issues raised in the letters. The Court ORDERS counsel for the parties to appear, and invites counsel for other interested parties to appear.

cc: Scott M. Brennan
ScottBrennan@davisbrownlaw.com

                                                                              :    0

                                         Initials of
                                         Preparer        lmb